■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIN ANDERSON, Appellant. [935 NYS2d 266]—

Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,

It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Counsel for appellant is referred to Rules of the Appellate Division, First Department (22 NYCRR) § 606.5. Concur—Tom, J.P., Moskowitz, Richter, Abdus-Salaam and Román, JJ.